UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDS BUSINESS SERVICES, INC. D/B/A NEWTEK BUSINESS CREDIT,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HALEY, et al.,<br><br>Defendants. | Case No. 23-mc-80095-JCS<br><br>**ORDER SETTING HEARING RE CLAIM OF EXEMPTION** |

The Court intends to conduct a hearing to address Plaintiff's Motion for Order Determining Defendant Thomas Athertone's Claim of Exemption (dkt. no. 13) ("Motion"). *See* Cal. Civ. Proc. Code section 703.580. The Court's schedule does not permit it to conduct a hearing until September 8, 2023. Therefore, there is good cause to exceed the 30 days permitted under Cal. Civ. Proc. Code section 703.570(a) to conduct a hearing on the Motion. The hearing will be held on September 8, 2023 at 9:30 a.m. via Zoom webinar (id. 161 926 0804, password 050855). **The Levied Funds shall not to be released by the levying officer until a final determination is reached on the Claim of Exemption**. Cal. Civ. Proc. Code section 703.580(f).

**IT IS SO ORDERED.**

Dated: August 10, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge